CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED.
*C'Ville - Rke*
OCT 2 1 2005
JOHN F. CORCORAN, CLERK
BY: *Jarahee*
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANTHONY HATCHES,<br><br>        *Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        *Respondent.* | CIVIL ACTION NO. 7:05-CV-00054<br>CRIM. ACTION NO. 3:02-CR-00058<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

Before the Court is Petitioner's Motion to Vacate, Set Aside or Correct Sentence,

pursuant to 28 U.S.C. § 2255, and the government's Motion to Dismiss. For the reasons set forth

in the accompanying Memorandum Opinion, it is accordingly

### ORDERED

as follows:

1. Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255

shall be, and it hereby is, DENIED.

2. The government's Motion to Dismiss shall be, and it hereby is, GRANTED.

3. All matters in the above-captioned action shall be stricken from the docket of the Court.

ENTERED:      *Norman K. Moon*
                            United States District Judge

                         *October 21, 2005*
                          Date